1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER MALBROUGH,

        Plaintiff,

  vs.

GREG AHERN, et al.,

        Defendants.
_____ /

No. C 12-01717 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.  He also filed a completed *in forma pauperis* application; however, he did not file copies of his certificate of funds and prisoner trust account statement.  The Clerk of the Court notified Plaintiff that his *in forma pauperis* application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months.  On April 5, 2012, the Clerk sent a notice to Plaintiff, informing him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action.  More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds and a prisoner trust account statement.

      Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  Plaintiff's *in forma pauperis* application is DENIED as incomplete.  The Clerk shall enter judgment, terminate all pending motions, and close the file.

      This Order terminates Docket no. 2.

      IT IS SO ORDERED.

DATED:  June 1, 2012 _____

                        YVONNE GONZALEZ ROGERS
                        UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.12\Malbrough1717.DISIFP.wpd